IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARLON J. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | |
| ) | |
| MSC SHIP MANAGEMENT, LTD. ) | |
| MSC MEDITERRANEAN SHIPPING ) | |
| CO., and MERIDIAN 7 LTD., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF AND PETITION FOR REMOVAL

COMES NOW MSC SHIP MANAGEMENT, LTD, MSC MEDITERRANEAN SHIPPING CO., and MERIDIAN 7, LTD (collectively "Defendants") and without waiving their claims of insufficiency of service of process, improper process, lack of personal jurisdiction, expiration of the statute of limitations, and all other defenses available under F.R.C.P. 12, hereby file this Notice of and Petition for Removal in the above-referenced matter. Defendants show this Honorable Court as follows:

1.

On or about May 16, 2023, Plaintiff Marlon J. Brown filed a Complaint in the State Court of Chatham County against Defendants.

2.

On or about June 5, 2023, counsel for Defendants acknowledged service of Plaintiff's Complaint for Damages, Summons and discovery requests in the above-referenced matter. Defendants thereafter filed an Answer to the Complaint in the State Court of Chatham County.

1

3.

Pursuant to 28 U.S.C. § 1446(a), the Complaint, Acknowledgment, Answer, and all other process, pleadings, and other papers or exhibits of every kind on file in the State Court of Chatham County regarding this matter are attached hereto as Exhibit "1".

4.

The above-described action is a civil action in which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Honorable Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441, in that this is a civil action where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5.

Plaintiff is a resident and citizen of Chatham County, Georgia, living under the laws of the State of Georgia. (Pltf. Comp., ¶1).

6.

Defendant MSC Ship Management, Ltd. is a Greek corporation with a principal place of doing business located at MSC House, 8, Spyrou Kyprianou Ave., 3070 Limassol, Republic of Cyprus.

7.

Defendant MSC Mediterranean Shipping Co. is a Swiss corporation with a principal place of doing business in Geneva, Switzerland.

8.

Defendant Meridian 7 Ltd. is a Swiss corporation with a principal place of doing business in Geneva, Switzerland.

9.

The above-styled civil action is for monetary damages in which Plaintiff claims that he was descending the gangway onboard the M/V MSC GAYANE, a piece of the handrail at the bottom of the gangway was allegedly out of place and Plaintiff slipped and fell.  Plaintiff further claimed that some of his physical injuries required surgery.  (Pltf. Comp., ¶4-17).   Plaintiff is bringing a claim against Defendants to recover medical expenses, lost wages, past, present, future pain, and permanent impairment.   Plaintiff has also alleged that Defendants have acted in bad faith and have been stubbornly litigious.  (Pltf. Comp., ¶25-26.)

10.

In light of these allegations, Defendants show that the preponderance of the evidence does or will clearly establish that the amount in controversy exceeds the jurisdictional amount.  Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 752 (11th Cir. 2010).

11.

Defendants are filing their Notice of and Petition for Removal within thirty (30) days after acknowledgment of service of Plaintiff's Complaint in accordance with 28 U.S.C. § 1446.  Written notice of this filing of this Notice of and Petition for Removal will be given to Plaintiff promptly after the filing of this Petition as is required by law.

12.

A true and correct copy of this Notice of and Petition for Removal will be filed with the Clerk of State Court of Chatham County, Georgia, promptly after the filing of the Notice of and Petition for Removal as is required by law.

13.

Accordingly, Defendants respectfully request that the above-referenced State Court suit filed in the State Court of Chatham County (*Marlon J. Brown v. MSC Ship Management, Ltd., MSC Mediterranean Shipping Co., and Meridian 7, Ltd*, In the State Court of Chatham County, State of Georgia, Civil Action No: STCV23-01047) be removed to the United States District Court for the Southern District of Georgia, Savannah Division.

RESPECTFULLY SUBMITTED, this 5th day of July, 2023.

| | |
|---|---|
| One West Park Avenue (31401)<br>Post Office Box 2139<br>Savannah, Georgia  31402-2139<br>(912) 232-7000 - telephone<br>(912) 233-0811 - fax<br>tmbaiad@bouhan.com<br>ldbradley@bouhan.com | BOUHAN FALLIGANT LLP<br><br>/s/ Todd M. Baiad<br>TODD M. BAIAD<br>Georgia State Bar No. 031605<br>LUCAS D. BRADLEY<br>Georgia State Bar No. 672136<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I, Todd M. Baiad, do hereby certify that I have this day served the following counsel of record with a copy of the foregoing <u>Notice of and Petition for Removal</u> by U. S. first class mail with proper postage affixed thereon addressed as follows:

Brent J. Savage
Zachary R. Sprouse
SAVAGE, TURNER, PINCKNEY, SAVAGE & SPROUSE
Post Office Box 10600
Savannah, Georgia  31412
zsprouse@savagelawfirm.net; CLugar@SavageLawFirm.Net;
cotto@savagelawfirm.net; MBankston@SavageLawFirm.Net

RESPECTFULLY SUBMITTED, this 5th day of July, 2023.

| | |
|---|---|
| One West Park Avenue (31401)<br>Post Office Box 2139<br>Savannah, Georgia  31402-2139<br>(912) 232-7000 - telephone<br>(912) 233-0811 - fax<br>tmbaiad@bouhan.com<br>ldbradley@bouhan.com | BOUHAN FALLIGANT LLP<br><br>/s/ Todd M. Baiad<br>TODD M. BAIAD<br>Georgia State Bar No. 031605<br>LUCAS D. BRADLEY<br>Georgia State Bar No. 672136<br>*Attorneys for Defendants* |