UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARLON J. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CV423-182 |
| ) | |
| MSC SHIP MANAGEMENT, LTD, ) | |
| MSC MEDITERRANEAN ) | |
| SHIPPING CO, and ) | |
| MERIDIAN 7 LTD, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court's General Order instructed the parties to submit a Rule 26(f) Report using the form attached to the General Order. Doc. 6 at 1 (General Order); *id.* at 3-8 (form). Despite that instruction, the parties submitted a Rule 26(f) Report using a different form. Doc. 12. The noncompliant Rule 26(f) Report is **TERMINATED**, doc. 12, and the

parties are **DIRECTED** to submit a Rule 26(f) Report on the required form no later than 7 days from the date of entry of this Order.

**SO ORDERED**, this 11th day of August, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA